UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOYCE MARTINEZ, WIFE OF/AND LOUIS MARTINEZ | * | CIVIL ACTION |
| | * | NO. 00-0017 |
| VERSUS | | |
| THE UNITED STATES OF AMERICA, | * | SECTION "F' |
| ON BEHALF OF THE U. S. DEPARTMENT | | |
| OF THE DEFENSE/DEPARTMENT OF | * | MAGISTRATE 1 |
| THE NAVY/NAVY EXCHANGE SERVICE | | |
| COMMAND | * | |

## MOTION TO CONTINUE

NOW INTO COURT, through undersigned counsel, come plaintiffs, Joyce Martinez, wife of/and Louis Martinez, and upon suggesting to this Honorable Court that undersigned counsel received notice of a preliminary conference in this matter for April 18, 2000, and that undersigned counsel is presently scheduled for trial in a matter entitled "Isaac Antoine v. Reliance Insurance Company, et al", No.534-920 Div. "H", 24th Judicial District Court, Parish of Jefferson, and accordingly plaintiffs move this Honorable Court to continue the preliminary conference of this matter.

## ORDER

Considering the foregoing Motion to Continue,

IT IS HEREBY ORDERED that the preliminary conference in this matter presently scheduled for April 18, 2000, be and the same is hereby continued to the _9th_ day of

_MAY_____, 2000, at _2:30_ o'clock _P_.m.,

New Orleans, Louisiana, this _27th_ day of _MARCH_____, 2000.

_____
JUDGE, UNITED STATES DISTRICT COURT

_____
DATE OF ENTRY

MAR 2 8 2000
_____

Fee_____
Process_____
X Dktd_____
CtRmDep_____
Doc.No._____