

MINUTE ENTRY
FELDMAN, J.
April 12, 2000

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

JOYCE MARTINEZ, WIFE OF/  　　*　　CIVIL ACTION
AND LOUIS MARTINEZ

VERSUS  　　*　　NO. 00-0017

UNITED STATES OF AMERICA  　　*　　SECTION "F" (1)


　　　IT IS ORDERED that the defendant's Motion to Dismiss, or In the Alternative, Motion for Summary Judgment, set for hearing on April 12, 2000, is continued to April 26, 2000.  All motions will be on the briefs.

DATE OF ENTRY
APR 1 4 2000

1

