UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOYCE MARTINEZ, WIFE OF/AND LOUIS MARTINEZ | * | CIVIL ACTION |
| | * | NUMBER: 00-0017 |
| v. | | |
| | * | SECTION: "F" (1) |
| UNITED STATES OF AMERICA | | |

\* \* \*

### UNOPPOSED MOTION TO CONTINUE TRIAL
### AND INCORPORATED MEMORANDUM IN SUPPORT THEREOF

**NOW INTO COURT,** through the undersigned Assistant United States Attorney, comes the United States of America, and respectfully moves this Honorable Court to continue the Pretrial Conference and Trial of this matter to be rescheduled at a preliminary telephone conference.

A Pretrial Conference is presently scheduled for January 4, 2001, and the Trial of this matter is presently scheduled for January 22, 2001. The undersigned will be out of the office for maternity leave beginning November 27, 2000, and will not return until some time after the presently scheduled Pretrial and Trial dates. This case will be transferred to another Assistant United States Attorney in her absence.

Plaintiffs' counsel has indicated that he wishes to propound discovery upon the defendant and will do so in the immediate future. However, the court imposed cutoff for discovery is December 3, 2000. Therefore, in an effort to allow sufficient time to respond to plaintiffs' discovery and to adequately prepare for trial, both the undersigned and plaintiffs' counsel agree that the Pretrial and Trial dates should be continued to be rescheduled at a preliminary telephone conference.

DATE OF ENTRY
NOV 2 8 2000

1

Counsel for plaintiff has been contacted and has no opposition to the continuance of the Pretrial Conference and Trial of this matter.

Respectfully submitted,

EDDIE J. JORDAN, JR.
UNITED STATES ATTORNEY

_____
KATHRYN W. BECNEL (23641)
Assistant United States Attorney
Hale Boggs Federal Building
501 Magazine Street, Second Floor
New Orleans, Louisiana 70130
Telephone: (504) 680-3025

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOYCE MARTINEZ, WIFE OF/AND<br>LOUIS MARTINEZ | * | CIVIL ACTION |
| | * | NUMBER: 00-0017 |
| v. | | |
| | * | SECTION: "F" (1) |
| UNITED STATES OF AMERICA | | |
| | * * * | |

## ORDER

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED,** that the foregoing Unopposed Motion to Continue Trial is **GRANTED.** The Pretrial Conference scheduled for January 4, 2001, and the Trial scheduled for January 22, 2001, are **CANCELED.**

A preliminary telephone conference will be scheduled to pick new Pretrial and Trial dates.

New Orleans, Louisiana, this ___25th___ day of ___November___, 2000.

_____
UNITED STATES DISTRICT JUDGE