

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JOYCE MARTINEZ, ET AL.** | * | CIVIL ACTION |
| v. | * | NO. 00-0017 |
| **UNITED STATES OF AMERICA** | * | SECTION "F" (1) |

\* \* \* \* \*

## MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD

**NOW INTO COURT**, through the undersigned Assistant United States Attorneys, comes defendant, who respectfully requests that Assistant U.S. Attorney, Fred T. Hinrichs, be enrolled as additional counsel of record for the United States of America.

Respectfully submitted,

EDDIE J. JORDAN, JR.
UNITED STATES ATTORNEY

_____          _____
KATHRYN W. BECNEL (#23641)           FRED T. HINRICHS (#17300)
Assistant U.S. Attorney              Assistant U.S. Attorney
Hale Boggs Federal Building          Hale Boggs Federal Building
501 Magazine Street, 2nd Floor       501 Magazine Street, 2nd Floor
New Orleans, LA 70130                New Orleans, Louisiana 70130
Telephone: (504) 680-3124            Telephone: (504) 680-3129

DATE OF ENTRY
DEC 2 0 2000

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing pleading has been forwarded to all counsel of record in this proceeding by placing the same in the United States Mail, properly addressed and postage prepaid, this 18th day of December, 2000.

                                    FRED T. HINRICHS
                                    Assistant U. S. Attorney

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JOYCE MARTINEZ, ET AL.** | * | **CIVIL ACTION** |
| v. | * | **NO. 00-0017** |
| **UNITED STATES OF AMERICA** | * | **SECTION "F" (1)** |

\* \* \* \* \*

### ORDER

Considering the foregoing Motion to Enroll Additional Counsel of Record,

**IT IS HEREBY ORDERED** that Assistant U.S. Attorney, Fred T. Hinrichs, be and is hereby enrolled as additional counsel of record for the defendant, United States of America.

New Orleans, Louisiana, this 20TH day of December, 2000.

_____
UNITED STATES DISTRICT JUDGE