FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JUL 16  PM 4: 55

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOYCE MARTINEZ, ET AL. | * | CIVIL ACTION |
| v. | * | NO. 00-0017 |
| UNITED STATES OF AMERICA | * | SECTION "F" (1) |

\*    \*    \*    \*    \*

### UNITED STATES' EXHIBIT LIST

NOW INTO COURT, through the undersigned Assistant United States Attorney, comes the defendant, the United States of America, and submits the following list of exhibits which may be introduced at trial:

1. Photographs taken of the accident scene by Larry Marshall on December 22, 1996, and photographs taken by or on behalf of plaintiff on February 1, 1997.

2. Any and all medical records of doctors, health care providers, and health care institutions that provided care, treatment, and diagnostic testing to plaintiff, including but not limited to JoEllen Smith Hospital, St. Charles General Hospital, General Meyer Family Clinic, Professional Therapy Services, Dr. Mark Juneau, Dr. Frank Culicchia, Dr. Mary Mathai, Dr. John Schumacher, Dr. Jean Dessee, Dr. James D. Railey, Dr. Ralph Katz, Dr. Gallagher, Karen M. Gibson, Dr. Ronald French, Dr. Paul Harch, Dr. Deuce, and Meadowcrest Hospital.

3. Standard Form 95 (SF-95) presented to the U.S. Navy.

4. All written discovery, including Interrogatories and Responses to Requests for Production of Documents, between all parties, and answers and responses thereto;

Fee_____
Process_____
X Dktd  BC
CtRmDep_____
Doc.No. 15

5.    The entire court record, including all pleadings, declarations, and exhibits filed;

6.    Any and all depositions taken of any witness and/or party to this action, plus all exhibits attached thereto;

7.    Any exhibit listed or used by any other party;

8.    Any exhibit used or introduced for impeachment purposes.

Defendant, United States of America, reserves the right to supplement and/or amend this list of exhibits as permitted by the court.

Respectfully submitted,

JIM LETTEN
UNITED STATES ATTORNEY

FRED T. HINRICHS (#17300)
Assistant United States Attorney
Hale Boggs Federal Building
501 Magazine Street, 2nd Floor
New Orleans, Louisiana 70130
Telephone: (504) 680-3129

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing has been served upon counsel for all parties by mailing the same to each, properly addressed and postage prepaid this 16th day of July, 2001.

Assistant U.S. Attorney

2