FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JUL 16 PM 4:56

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOYCE MARTINEZ, ET AL. | * | CIVIL ACTION |
| v. | * | NO. 00-0017 |
| UNITED STATES OF AMERICA | * | SECTION "F" (1) |

\* \* \* \* \*

## UNITED STATES' WITNESS LIST

**NOW INTO COURT**, through the undersigned Assistant United States Attorney, comes the defendant, United States of America and submits the following list of witnesses who may be called to testify at trial:

1) Larry Marshall

2) Judy Schultz

3) Mary Camel

4) Buford Chaisson

5) Mary Spurlock

6) Burton Sparks

7) Roger Burgess

8) Patsy Russell

___Fee_____
___Process___
_X_ Dktd ____
___CtRmDep__
Doc.No._16_

9)   Glenn Tamborella

10)  Ruth Tannerello

11)  Amy Bridges

12)  William H. Willis, III

13)  Jorge Bendana

14)  Jude Migliore

15)  All treating physicians and health care providers, including but not limited to: Dr. Mark Juneau, Dr. Frank Culicchia, Dr. Mary Mathai, Dr. John Schumacher, Dr. Jean Dessee, Dr. James D. Railey, Dr. Ralph Katz, Dr. Gallagher, Karen M. Gibson, Dr. Ronald French, Dr. Paul Harch, and Dr. Deuce.

16)  Any witness listed or called by any other party.

Defendant, United States of America reserves the right to supplement this list of may call witnesses as permitted by the court.

Respectfully submitted,

JIM LETTEN
UNITED STATES ATTORNEY

_____
FRED T. HINRICHS (#17300)
Assistant United States Attorney
Hale Boggs Federal Building
501 Magazine Street, Second Floor
New Orleans, Louisiana 70130
Telephone: (504) 589-3129

2

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing has been served upon counsel for all parties by mailing the same to each, properly addressed and postage prepaid this 16th day of July, 2001.

_____
Assistant U.S. Attorney