FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JUL 23 PM 1: 20

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOYCE MARTINEZ, WIFE OF/AND LOUIS MARTINEZ | * | CIVIL ACTION |
| | * | NO. 00-0017 |
| VERSUS | | |
| THE UNITED STATES OF AMERICA, ON BEHALF OF THE U. S. DEPARTMENT OF THE DEFENSE/DEPARTMENT OF THE NAVY/NAVY EXCHANGE SERVICE COMMAND | * | SECTION "F" |
| | * | MAGISTRATE 1 |
| | * | |

### EXHIBIT LIST

NOW INTO COURT, through undersigned counsel, come plaintiffs, Joyce Martinez, wife of/and Louis Martinez, who submit the following list of exhibits that may be introduced at the trial of this matter:

1. Plaintiff's medical records from the following health care providers:

   a. Dr. Jean Dessee

   b. Dr. Deuce

   c. Dr. Ralph Katz

   d. Dr. Gallagher

   e. Dr. John Schuhmacher

   f. Dr. James Railey

   g. Therapists at Professional Therapy Services

   h. Dr. Mary Mathai, Gulf Coast Medical Consultants

   i. Jo Ellen Smith Medical Center

   j. Meadowcrest Hospital



2. Plaintiff's medical expenses from the following health care providers:

    a. Dr. Jean Dessee

    b. Dr. Deuce

    c. Dr. Ralph Katz

    d. Dr. Gallagher

    e. Dr. John Schuhmacher

    f. Dr. James Railey

    g. Therapists at Professional Therapy Services

    h. Dr. Mary Mathai, Gulf Coast Medical Consultants

    i. Jo Ellen Smith Medical Center

    j. Meadowcrest Hospital

    k. Scully, Sartin & Scioneaux

    l. Active Medical & Hospital Supply, Inc.

    m. Riverbend Radiology

3. Photographs of the accident scene

4. Standard Form 95 (SF-95)

5. Discovery Requests and responses thereto

6. Any deposition of any witness and/or party to this action, plus exhibits attached thereto

7. Any exhibit listed or introduced by any other party.

RESPECTFULLY SUBMITTED:

_____
FRANK M. BUCK, JR. - Bar No. 16836
ROBERT L. MANARD - Bar No. 9076
Energy Centre, Suite 2610
1100 Poydras Street
New Orleans, Louisiana 70163
Telephone: (504) 585-7777

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been forwarded to all counsel of record by placing same in the United States Mail, postage prepaid, this 20'' day of July , 2001.

_____