UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOYCE MARTINEZ, WIFE OF/AND LOUIS MARTINEZ | * | CIVIL ACTION |
| | * | NO. 00-0017 |
| VERSUS | | |
| THE UNITED STATES OF AMERICA, | * | SECTION "F" |
| ON BEHALF OF THE U. S. DEPARTMENT OF THE DEFENSE/DEPARTMENT OF | * | MAGISTRATE 1 |
| THE NAVY/NAVY EXCHANGE SERVICE COMMAND | * | |

## WITNESS LIST

NOW INTO COURT, through undersigned counsel, come plaintiffs, Joyce Martinez, wife of/and Louis Martinez, who submit the following list of witnesses that may be called to testify at the trial of this matter:

1. Joyce Martinez

2. Louis Martinez

3. Jacqueline Skidmore/Jacqueline Washington

4. Dr. Jean Dessee

5. Dr. Deuce

6. Dr. Ralph Katz

7. Dr. Gallagher

8. Dr. John Schuhmacher

9. Dr. James Railey

10. Therapists at Professional Therapy Services

11. Dr. Mary Mathai

12. Any person listed or called by any other party.

RESPECTFULLY SUBMITTED:

_____
FRANK M. BUCK, JR. - Bar No. 16836
ROBERT L. MANARD - Bar No. 9076
Energy Centre, Suite 2610
1100 Poydras Street
New Orleans, Louisiana 70163
Telephone: (504) 585-7777

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been forwarded to all counsel of record by placing same in the United States Mail, postage prepaid, this 20th day of July, 2001.

_____