UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 AUG -8 PM 4:05

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| JOYCE MARTINEZ, WIFE OF/AND LOUIS MARTINEZ | * | CIVIL ACTION |
| | * | NO. 00-0017 |
| VERSUS | | |
| THE UNITED STATES OF AMERICA, | * | SECTION "F" |
| ON BEHALF OF THE U. S. DEPARTMENT OF THE DEFENSE/DEPARTMENT OF | * | MAGISTRATE 1 |
| THE NAVY/NAVY EXCHANGE SERVICE COMMAND | | |

### MOTION TO CONTINUE TRIAL

NOW INTO COURT, through undersigned counsel, comes plaintiff, and upon suggesting to this Honorable Court that plaintiff requests a continuance of the trial of this matter presently scheduled for September 24, 2001, for the reasons set forth in the attached Memorandum in Support and that defendant having no opposition to same, accordingly, plaintiff hereby moves this Honorable Court for an order continuing the trial of this matter to a date in November or December, 2001.

RESPECTFULLY SUBMITTED:

_____
FRANK M. BUCK, JR. - Bar No. 16836
ROBERT L. MANARD - Bar No. 9076
Energy Centre, Suite 2610
1100 Poydras Street
New Orleans, Louisiana 70163
Telephone: (504) 585-7777

DATE OF ENTRY
AUG 1 3 2001



## CERTIFICATE OF SERVICE

     I hereby certify that a copy of the foregoing has been forwarded to all counsel of record by placing same in the United States Mail, postage prepaid, this 8th day of August, 2001.

_____

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOYCE MARTINEZ, WIFE OF/AND<br>LOUIS MARTINEZ | * | CIVIL ACTION |
| | * | NO. 00-0017 |
| VERSUS | | |
| THE UNITED STATES OF AMERICA,<br>ON BEHALF OF THE U. S. DEPARTMENT | * | SECTION "F' |
| OF THE DEFENSE/DEPARTMENT OF<br>THE NAVY/NAVY EXCHANGE SERVICE<br>COMMAND | * | MAGISTRATE 1 |

## **O R D E R**

Considering the Motion to Continue Trial, the Memorandum in Support and the reasons set forth therein,

IT IS HEREBY ORDERED that the trial in this matter be continued from the 24th day of September, 2001, to the _____ day of _____, 20____, at _____ o'clock _____.m.

New Orleans, Louisiana, this _____ day of August, 2001.

_____
JUDGE, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
Honorable Martin L.C. Feldman

DENIED
MLC  10-01

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOYCE MARTINEZ, WIFE OF/AND LOUIS MARTINEZ | * | CIVIL ACTION |
| | * | NO. 00-0017 |
| VERSUS | | |
| THE UNITED STATES OF AMERICA, | * | SECTION "F" |
| ON BEHALF OF THE U. S. DEPARTMENT | | |
| OF THE DEFENSE/DEPARTMENT OF | * | MAGISTRATE 1 |
| THE NAVY/NAVY EXCHANGE SERVICE COMMAND | | |

## MEMORANDUM IN SUPPORT OF

## MOTION TO CONTINUE TRIAL

MAY IT PLEASE THE COURT:

Plaintiff and movant herein, Joyce Martinez, respectfully requests that the trial of this matter presently scheduled to commence on September 24, 2001, be continued. Counsel for defendant has no objection to the granting of this Motion.

Upon receipt of the notice of the hearing date of defendant's Motion for Summary Judgment, counsel for plaintiff immediately contacted opposing counsel and advised that plaintiff's counsel is scheduled to commence a jury trial in Abbeville, Louisiana on August 20, 2001, and it is likely to go five days. That is the second trial setting of that case and the parties are very far apart in settlement.

Counsel for defendant advised he had no objection to the granting of a continuance but both counsel for plaintiff and counsel for defendant ask for a short continuance from the Court of no more than 60 to 90 days.

Following the status conference of this matter setting this trial date of September 24, 2001, counsel for plaintiff made a note at the status conference to propound discovery.

On June 27, 2001, counsel for plaintiff wrote to counsel for defendant setting a rule conference regarding defendant's failure to answer discovery. Then counsel for defendant advised that he was not in receipt of any discovery. Considering his memo to propound discovery was filed in the case, counsel for plaintiff had assumed he had propounded discovery to defendant and in fact none had been propounded.

Discovery requests were propounded to defendant on July 9, 2001. This discovery was propounded within the time allotted to conduct discovery. Plaintiff intends to take at least two to three fact depositions prior to trial regarding the issue of a defect in the premises and/or a failure to warn.

Counsel for defendant advised he had no choice but to file the Motion for Summary Judgment notwithstanding the receipt of the discovery because the August 22nd date was the last date available within the time allotted in the pre-trial order.

Both sides are in agreement to obtain a very short continuance from the Court (no more than 60 to 90 days) to allow these two or three fact depositions to be done prior to trial. Counsel for defendant does not wish to take depositions on the eve of trial and neither does counsel for plaintiff.

Based on the developments with the discovery, plaintiff prays that the Court grant a continuance to the trial from September 24, 2001, to a date in November or December, 2000 (this is a bench trial).

RESPECTFULLY SUBMITTED:

_____
FRANK M. BUCK, JR. - Bar No. 16836
ROBERT L. MANARD - Bar No. 9076
Suite 2610, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone: (504) 585-7777

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been forwarded to all counsel of record by placing same in the United States Mail, postage prepaid, this 8th day of August, 2001.

_____

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOYCE MARTINEZ, WIFE OF/AND<br>LOUIS MARTINEZ | * | CIVIL ACTION |
| | * | NO. 00-0017 |
| VERSUS | | |
| THE UNITED STATES OF AMERICA,<br>ON BEHALF OF THE U. S. DEPARTMENT | * | SECTION "F' |
| OF THE DEFENSE/DEPARTMENT OF<br>THE NAVY/NAVY EXCHANGE SERVICE | * | MAGISTRATE 1 |
| COMMAND | * | |

## CERTIFICATE

Undersigned counsel hereby certifies to the Court that he has advised his client that she has consented to a motion to continue the trial of this case and that the client has been provided with a copy of the Motion to Continue Trial.

*Frank Buck*

_____
FRANK M. BUCK, JR., ESQ.