FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 AUG -8 PM 4:38

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOYCE MARTINEZ, ET AL. | * | CIVIL ACTION |
| v. | * | NO. 00-0017 |
| UNITED STATES OF AMERICA | * | SECTION "F" (1) |

\* \* \* \* \*

### FEDERAL DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO CONTINUE TRIAL, AND CONTINUE HEARING ON THE UNITED STATES' MOTION FOR SUMMARY JUDGMENT

MAY IT PLEASE THE COURT:

This matter is set for trial on September 24, 2001. On August 1, 2001, the United States filed a dispositive motion on jurisdiction, and requested summary judgment in the alternative. (Rec. Doc. 19). The motion is set for hearing on August 22, 2001, which is the court's last available hearing date based on the Rule 16 scheduling order. (Rec. Doc. 14).

Although no amount of discovery will cure the jurisdictional deficiencies in plaintiff's premises liability case, plaintiff has sought a continuance of the hearing on defendant's motion, and a continuance of the trial date in order to undertake "two or three fact depositions" in order to oppose the motion for summary judgment (Memorandum In Support of Motion to Continue Hearing", p. 2). Clarification of the United States' position on plaintiff's motions is necessitated

by statements made therein.

The United States would not be opposed to a brief continuance of the hearing date on its motion, perhaps to the next available hearing date, September 5, 2001. The pre-trial order is due on September 11, 2001, at 4:30 p.m. The United States would be opposed a lengthy, open-ended continuance of its motion because the primary issue before the court is jurisdiction, and this suit has been pending since January 4, 2000 (Rec. Doc. 1). Defendant has never consented to a 60 or 90 day continuance of its motion, nor until October, 2001 (Motion to Continue Motion, and proposed Order).

Further, the United States would not be opposed to a brief continuance of the trial date because it does not wish to be immersed in last minute discovery on the eve of trial. The discovery cut off date is August 14, 2001, and it is not known who plaintiff wishes to depose, whether the depositions will lead to the desire to undertake additional discovery, or how the depositions might create a genuine issue of material fact.

Defendant respectfully suggests that it is not opposed to a brief continuance of the trial date, or a brief continuance of its pending motion.

Respectfully submitted,

JIM LETTEN
UNITED STATES ATTORNEY

_____
FRED T. HINRICHS (#17300)
Assistant U.S. Attorney
Hale Boggs Federal Building
501 Magazine Street, 2nd Floor
New Orleans, Louisiana 70130
Telephone: (504) 680-3129

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been forwarded to all counsel of record in this proceeding by placing the same in the United States Mail, properly addressed and postage prepaid, this 8th day of August, 2001.

_____
FRED T. HINRICHS
Assistant U. S. Attorney