

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JOYCE MARTINEZ, ET AL.** | * | **CIVIL ACTION** |
| v. | * | **NO. 00-0017** |
| **UNITED STATES OF AMERICA** | * | **SECTION "F" (1)** |

\* \* \* \* \*

## MOTION FOR LEAVE TO FILE REPLY MEMORANDUM

NOW COMES, defendant United States of America, who moves for leave to file the attached Reply Memorandum in Support of its Motion to Dismiss, or for Summary Judgment, for reason that plaintiffs have submitted an opposition memorandum containing inaccuracies that requires a response, and defendant desires to assist the court by addressing plaintiffs' arguments.

JIM LETTEN
UNITED STATES ATTORNEY

_____
FRED T. HINRICHS (#17300)
Assistant United States Attorney
Hale Boggs Federal Building
501 Magazine Street, Second Floor
New Orleans, Louisiana 70130
Telephone: (504) 680-3129

DATE OF ENTRY
AUG 2 1 2001

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing has been served upon counsel for all parties by mailing the same to each, properly addressed and postage prepaid this 17th day of August, 2001.

_____
Assistant U.S. Attorney

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JOYCE MARTINEZ, ET AL.** | * | CIVIL ACTION |
| v. | * | NO. 00-0017 |
| **UNITED STATES OF AMERICA** | * | SECTION "F" (1) |

\* \* \* \* \*

## ORDER

Considering the foregoing motion for leave by the defendant:

**IT IS ORDERED** that leave to file the attached Reply Memorandum in Support of the Motion to Dismiss, or for Summary Judgment filed by defendant, United States of America, be and is hereby GRANTED.

New Orleans, Louisiana, this 20th day of August, 2001.

*[signature]*
HON. MARTIN L.C. FELDMAN
United States District Judge