FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 AUG 29  PM 12: 05

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JOYCE MARTINEZ, ET AL.                    CIVIL ACTION

VERSUS                                    NO. 00-17

UNITED STATES OF AMERICA, ET AL.          SECTION "F"


### J U D G M E N T

For the written reasons of the Court on file herein, accordingly;

IT IS ORDERED, ADJUDGED AND DECREED that there be judgment in favor of

defendants, United States of America, Department of the Navy and Navy Exchange Service

Command, and against plaintiff, Joyce Martinez and Louis Martinez, dismissing plaintiff's suit.

New Orleans, Louisiana, this 29TH Day of August, 2001.



UNITED STATES DISTRICT JUDGE


DATE OF ENTRY

AUG 2 9 2001